# STATE OF LOUISIANA

## COURT OF APPEAL, FIRST CIRCUIT

GREGORY P. MOUTON AND
MARIVETTE V. MOUTON

VERSUS

LOWE'S HOME IMPROVEMENT
CENTERS, LLC D/B/A LOWE'S
HOME IMPROVEMENT, DAVID
DEBENEDETTO, SHANE (LAST
NAME UNKNOWN), TREMYA
ANTHONY, AND KELSI (LAST
NAME UNKNOWN)

NO.  2024 CW 0784

DECEMBER 5, 2024

---

In Re:    On motion of Gregory P. Mouton and Marivette V. Mouton, for rehearing, 19th Judicial District Court, Parish of East Baton Rouge, No. 734723.

---

BEFORE:   McCLENDON, WELCH, AND LANIER, JJ.

**MOTION FOR REHEARING OF SUPPLEMENTAL MOTION FOR DISCLOSURE OF ZOOM VIDEO RECORDING DENIED.**  See Rule 2-18.7 of the Uniform Rules of Louisiana Courts of Appeal.

PMc
JEW
WIL

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT